IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOWARD BLAND, JR. and DAVID RUPP, Individually and on Behalf of All Other Persons Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2:12-cv-01407 |
| v. | ) ) | Judge Terrence F. McVerry |
| CALFRAC WELL SERVICES CORP. and CALFRAC WELL SERVICES LTD., | ) ) ) | *Electronically Filed* |
| Defendants. | ) ) | |

## JOINT DISCOVERY PLAN FOR PHASES 2 AND 3 OF DISCOVERY

Pursuant to this Court's August 12, 2013 Order Granting Approval of Conditional Certification Notice (D.E. No. 43), Plaintiffs Howard Bland, Jr., David Rupp, and the other opt-ins who have joined this litigation ("Plaintiffs"), and Defendant Calfrac Well Services Corp. ("Defendant" or "Calfrac") (collectively, "the parties") hereby submit their joint proposed discovery plan for Phases 2 and 3 of discovery for which the court will hold a status conference to discuss. The parties request a six- month period from the date of the status conference for Phases 2 and 3 of discovery as to issues related to final certification and the merits of any claims or defenses.

Respectfully submitted,

By: */s/ Nicholas A. Migliaccio*
Gary E. Mason (pro hac vice)
gary@wbmllp.com

Nicholas A. Migliaccio (pro hac vice)
nmigliaccio@wbmllp.com

Jason S. Rathod (pro hac vice)
jrathod@wbmllp.com

By: */s/ Mark T. Phillis*
Terrence H. Murphy
Pa. I.D. No. 36356
tmurphy@littler.com

Mark T. Phillis
Pa. I.D. No. 66117
mphillis@littler.com

WHITFIELD BRYSON & MASON  LLP
1625 Massachusetts Avenue, N.W.
Suite 605
Washington, D.C. 20036
(202) 429-2290

D. Aaron Rihn
Pa. I.D. No. 85752
arihn@peircelaw.com

ROBERT PEIRCE & ASSOCIATES, P.C.
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 281-7229

Attorneys for Plaintiffs


Dated:   November 29, 2013

Morgan J. Matson
Pa. I.D. No. 312138
mmatson@littler.com

LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
(412) 201-7600

Attorneys for Defendant
Calfrac Well Services Corp.